**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| NED LEIBA,<br><br>            Plaintiff,<br><br>      vs.<br><br>RADNOR SPECIALTY INSURANCE COMPANY, a Nebraska corporation; and Does 1 through 20, inclusive,<br><br>            Defendants.<br><br>AND RELATED COUNTER-CLAIMS | Case No. 8:21-cv-02009 CJC (JDEx)<br><br>**ORDER OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[*The Hon. Cormac J. Carney*] |

The Joint Stipulation of Ned Leiba ("Leiba") and Radnor Specialty Insurance Company ("Radnor") for dismissal of this action with prejudice is approved.

///

///

///

///

///

572271.1

ORDER

1  The entire action, including Leiba's Complaint and Radnor's Counterclaim
2  and all causes of action and claims stated therein, is hereby dismissed with
3  prejudice.

5  Dated: March 14. 2023

  _____
6  The Honorable Cormac J. Carney
7  United States District Court Judge